# United States District Court
## Violation Notice

**CVB Location Code:** U34

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FAZX00KO | Wood | 2022 |

FAZX00KO

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 01/27/2022 00:00
**Offense Charged:** FED 36 CFR 261.58A

**Place of Offense:** FERNWOOD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
CAMPING FOR A PERIOD LONGER THAN ALLOWED. WARNED 01-08-22, $25 FOR EACH ADDITIONAL DAY AFTER 01-10-22.

### DEFENDANT INFORMATION

**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| DAGOSTINO | CHRISTOPHER | |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE
**VIN:**   CMV ☐

| Tag No. | State | Year | Make/Model / | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 525.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 555.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** 351 S West Temple, SLC, UT 84101.
**Date (mm/dd/yyyy):**
**Time (hh:mm):** 08:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)

FAZX00KO

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  01/27/2022  while exercising my duties as a law enforcement officer in the _____ District of UT

Pursuant to 16USC 551: On January 8. 2022, I was notified of a family of five living in a tent in the Fernwood trail head area in Davis County, on the Salt Lake Ranger District, within the Wasatch National Forest. Myself and USFS Law Enforcement Officer Tawny MYERS located the camp approximately a quarter mile off the Bonneville Shoreline trail in a secluded drainage. I contacted an individual standing in the camp who stated he was the father of the family, who I later identified as Christopher DAGOSTINO. As we spoke with DAGOSTINO two young adult boys approached, who DAGOSTINO later stated were his boys. I asked DAGOSTINO how long he had been at this location, he stated he and his family, to include his wife and three children had been living there since October 2021. I informed him they could not live on USFS land. I warned him and informed him that his family would have to leave the Forest and find living arrangements elsewhere. DAGOSTINO stated that he understood, Officer MYERS and myself then left the camp. On January 27. 2022, I returned to the same location in the Fernwood area and observed that DAGOSTINO and his family continued to occupy Forest Service land. I saw DAGOSTINO and asked him what he was still doing at this location after being instructed to leave the Forest. DAGOSTINO stated he was living there and had been since our last encounter. I then informed DAGOSTINO to retrieve his wife from the tent, who I had identified as Midori DAGOSTINO. I informed the two of them that they could not live on USFS land, and they had been at this spot on Forest Service land longer than allowed. DAGOSTINO stated he and his family were instructed from God to live at this location, and that I would face the wrath of God by being unjust towards him. Prior to contacting DAGOSTINO, I learned he and his family had previously been trespassed from a home in the Kaysville Utah area after squatting in the backyard and refusing to leave because of religious reasons. I then issued DAGOSTINO and his wife a violation notices each for Residential Use of National Forest land and camping in an area for longer than allowed by special order, and informed them they had to leave the area.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/27/2022
Date (mm/dd/yyyy)   Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;   PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident